IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| WILLIAM HENRY NICHOLSON, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | 1:04CV1147 |
| | ) | 1:02CR119-2; 1:02CR216-1 |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

## O R D E R

Petitioner objects to the Magistrate Judge's Order of May 23, 2005 granting the government's motion to exceed the page limitation and to have its response accepted as filed. The Court has reviewed the order <u>de novo</u> pursuant to both Fed. R. Civ. P. 72 and 28 U.S.C. § 636(b)(1) and hereby affirms and adopts the Magistrate's Judge's ruling.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Order of May 23, 2005 granting the government's motion to exceed the page limitation and to have its response accepted as filed (docket no. 106) be, and the same hereby is, affirmed and adopted.

This the day of August 16, 2005

                                              /s/ N. Carlton Tilley, Jr.
                                              United States District Judge